### Emelie Groth v. Heinrich Groth.

1. ALIMONY—*Can Not be Allowed to a Husband.*—There is no law in this State authorizing the allowance of alimony to a husband.

Bill for Divorce, and alimony. Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1896. Order reversed. Opinion filed March 8, 1897.

J. C. RICHBERG, attorney for appellant.

JOHN H. RONEY and FRANK F. ARING, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellant filed a bill to obtain a divorce from the appellee. The court ordered that she should pay him $20 per month, temporary alimony, and $25 solicitor's fees, from which order is this appeal. We do not review the cause shown on which such order was made, being of the opinion that if alimony from a wife to a husband is a proper thing upon circumstances, legislation is necessary to authorize it.

At common law a husband was required to provide his wife with necessaries, but there was no reciprocal duty.

The statute gives her—not him—alimony. To give it to him is not to administer existing, but to make new, law. Somers v. Somers, 39 Kan. 132. Green v. Green, 68 N. W. Rep. (Neb.) 947.

The order is reversed.